NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARUS HOLDINGS, INC.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2024-1329

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00805.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                          PARUS HOLDINGS, INC. v. GOOGLE LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

May 31, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 31, 2024